UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MANDI KEATING,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NCEP, LLC, MVCONNECT, INC., AND PRECISION RECOVERY, INC.,<br><br>　　　　Defendants. | CASE NO.  1:23-cv-01239-MMM-JEH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Mandi Keating and Defendants MVConnect, Inc. and Precision Recovery, Inc. hereby stipulate to the dismissal of Plaintiff's claims against MVConnect, Inc. and Precision Recovery, Inc with prejudice, and with each side to bear its own costs and attorneys' fees.

Dated: October 30, 2024

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　s/ Russell S. Thompson, IV
　　　　　　　　　　　　　　　　　　　　　　Russell S. Thompson, IV
　　　　　　　　　　　　　　　　　　　　　　Thompson Consumer Law Group, PC
　　　　　　　　　　　　　　　　　　　　　　11445 E Via Linda, Ste. 2 #492
　　　　　　　　　　　　　　　　　　　　　　Scottsdale, AZ 85259
　　　　　　　　　　　　　　　　　　　　　　Telephone: (602) 388-8898
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (866) 317-2674
　　　　　　　　　　　　　　　　　　　　　　rthompson@ThompsonConsumerLaw.com
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Mandi Keating


　　　　　　　　　　　　　　　　　　　　　　PRECISION RECOVERY, INC.
　　　　　　　　　　　　　　　　　　　　　　By: /s/ *Stacy D. Fulco*
　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys
　　　　　　　　　　　　　　　　　　　　　　Stacy D. Fulco (ARDC No. 6242933)

        Richard J. Zito (ARDC No. 6291139)
        BODELL BOVE LLC
        2215 York Road, Suite 515
        Oak Brook, Illinois 60523
        (630) 382-4806

        RZito@bodellbove.com


        MVConnect, Inc.

By:    /s/ *Victoria Mpistolarides*
        One of Its Attorneys,
        Victoria Mpistolarides
        Robert H. Smeltzer
        Kilpatrick LLP
        175 W. Jackson Boulevard
        Suite 950
        Chicago, IL 60604
        (312) 456-2708
        vmpistolarides@ktslaw.com
        rsmeltzer@ktslaw.com

**CERTIFICATE OF SERVICE**

I certify that on October 30, 2024, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

s/ Russell S. Thompson, IV
Russell S. Thompson, IV
